

**Comal County**
OFFICE OF DISTRICT CLERK
**Heather N. Kellar**

November 23, 2015

Court of Appeals
Third District of Texas
P.O. Box 12547
Austin, TX 78711-2547

**RE:** Court of Appeals Number: 03-15-00643-CV
Trial Court Case Number: C2014-1453C

**Styled:** Bryan D. Lippert, Jane Lippert VS. Comal Trace Homeowners Association

Dear Clerk:

Please be advised that the Clerk's Record, Volume I of I on the above styled and numbered case is ready to be emailed electronically to the Court of Appeals, Third District of Texas. The cost for the Clerk's Record is $735.00, of which the full amount is outstanding at this time. The due date for the record is November 24, 2015. Once payment is received for said record it will be submitted. Should you need anything further please let me know.

**Heather N. Kellar**
Comal County District Clerk
150 N. Seguin Ave., STE 304
New Braunfels, TX 78130
Ph: 830-221-1251
Fx: 830-608-2006
kellah@co.comal.tx.us

cc: Mr. Christopher Weber